**Douglas W. BEAN, Appellant,**

v.

**Michael J. ASTRUE, Commissioner,
Social Security Administration,
Appellee.**

No. 10–2821.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 22, 2011.

Filed: Feb. 25, 2011.

Frederick S. Spencer, Mountain Home, AR, for Appellant.

Claude Shackelford Hawkins, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Arkansas, Fort Smith,

---

AR, Mark McGaughran, Ruben Montemayor, Assistant Regional Counsel, Social Security Administration, Office of General Counsel Region VI, Dallas, TX, for Appellee.

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Douglas W. Bean appeals the district court's[1] order affirming the denial of disability insurance benefits and supplemental security income. Upon de novo review, *see Van Vickle v. Astrue*, 539 F.3d 825, 828 & n. 2 (8th Cir.2008), we find that the administrative law judge's credibility determination is entitled to deference, *see Halverson v. Astrue*, 600 F.3d 922, 932 (8th Cir.2010). We reject as meritless Bean's remaining arguments for reversal. Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).